APPENDIX A
COMPLAINT FORMAT

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

Mytasha King
**Plaintiff**

Vs.

ADT Security Services
**Defendant**

Civil Action No. 06-519-KD-B

FILED SEP 1 '06 PM 2:48 USDC-ALS

## COMPLAINT

1.

Title VII of 1981 in retaliation

2.

Mytasha S. King
108 Mathieson Ave.
Saraland, AL 36571

3.

ADT Security Services
1400 Montlimar Dr. Ste. B
Mobile, AL 36609

**APPENDIX A (Cont'd)**
**COMPLAINT FORMAT**

4.

I began my employment with the above-named employer February 17, 2004. I was employed as an inside resale representative. I applied for a human resource coordinator position December 9, 2005. I met all the qualifications, yet I was never interviewed for the position. On February 2, 2006 a white female was appointed to the position. In response to my inquiry, Mrs. Mary Ann Back my supervisor stated the white female was struggling in sales, and she was a single parent.

I believe I have been discriminated against because of my race, black, in violation with Title VII of the Civil Rights Act of 1964, as amended. There are six employees on the administrative team and all of them are white. The employer pre-textual reason for its failure to appoint me to the position, and appointing the white applicant discriminated against me because of my race, black.

5.

ADT Security Services issued an unfavorable decision on February 2, 2006

6.

Plaintiff demands back pay, front pay, mental anguish, punitive damages, cost, attorney fees, and all other compensatory and/or punitive damages, and all other relief deemed appropriate by the court and/or the jury.

_Mytasha S. Thing_  9-1-06
(Signature and date), pro se

_108 Mathieson Ave. Saraland, AL 36571_
(Address)

_251-604-1130_
(Phone Number)